LAW OFFICES OF BARRY LEVINSON                    E-FILED: 4/22/10
BARRY LEVINSON, ESQ.
Nevada Bar No.: 006721
JEREMY MONDEJAR, ESQ.
Nevada Bar No.: 11213
2810 S. Rainbow Blvd.
Las Vegas, Nevada 89146
(702) 836-9696
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | ) Case No. BKS-09-34502-BAM |
| | ) Chapter 13 |
| | ) |
| **JOSEPH DUFOUR** | ) Hearing Date: 5/27/10 |
| **JULIE DUFOUR** | ) Hearing Time: 3:00 PM |
| Debtor(s). ) | |
| | ) Trustee: Rick Yarnall |
| | ) |
| | ) |
| | ) |

AMENDED MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF
FIRST TENNESSEE BANK PURSUANT TO 11 U.S.C. §506(a) AND §1322

Debtor, JOSEPH DUFOUR and JULIE DUFOUR, by and through attorney Jeremy Mondejar, Esq. of the Law Offices of Barry Levinson, hereby move this Court for its Order valuing collateral and modifying the rights of Creditor FIRST TENNESSEE BANK pursuant to 11 U.S.C. §506(a), and §1322, and Bankruptcy Rules 3012 and 9014. In furtherance of this motion, Debtor states as follows:

1.    Debtor filed the above captioned Chapter 13, Case Number 09-34502-BAM on December 31, 2009.

2.    On the petition date, Debtor owned real property located at 5841 Ivy Vine Ct., Las Vegas, Nevada 89141, legally described as:

LOT 28 Block A of SETONA UNIT #2 AT SOUTHERN HIGHLANDS PLAT BOOK 100 PAGE 68

APN 176-36-213-019, (hereinafter the "Property").

3.    The value o f the Property was $348,500.00 as of the petition date.  See ZILLOW Appraisal attached hereto as Exhibit "A".

4.    As of the petition date, the Property was encumbered by a First Trust Deed in favor of BAC HOME LOANS SERVICING securing a note with a principal balance of $394,473.00.

5.    As of the petition date, no equity existed in the Property above the claim of

6.     BAC HOME LOANS SERVICING with respect to the First Trust Deed.

7.    FIRST TENNESSEE BANK holds a Second Trust Deed securing a note with a principal balance of  $64,845.00.  The Second Trust Deeds where wholly unsecured on the petition date and if the Property were to be sold at auction, FIRST TENNESSEE BANK would receive nothing with respect to the Second Trust Deed.

8.    The Debtor therefore takes the position that FIRST TENNESSEE BANK'S note secured by Second Trust Deed is unsecured and should be reclassified as a general unsecured claim to receive pro rata with other general unsecured creditors through the Debtors' Chapter 13 Plan.

## LEGAL ARGUMENT

In *In re Zimmer*, 313 F.3d 1220 (9th Cir. 2002), the Court stated that a wholly unsecured lien holder's claim can be modified and reclassified as a general unsecured claim pursuant to 11 U.S.C. §506(a), despite the anti-modification language in §1322(b)(2).  Specifically, the Court held:

> Section 506(a) divides creditors' claims into "secured...claims" and "unsecured claims."  Although the conventional interpretation of "secured" might include any claim in which the creditor has a security interest in the debtor's property, § 506(a) makes clear that the status of a claim depends on the valuation of the property.  An allowed claim of a creditor secured by a lien on property in which the estate has an interest ... is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property ... and is an unsecured claim to the extent that the value of such creditor's interest ... is less than the amount of such allowed claim ...

> To put it more simply, a claim such as a mortgage is not a "secured claim" to the extent that it exceeds the value of the property that secures it.  Under the Bankruptcy Code, "secured claim" is thus a term of art; not every claim that is secured by a lien on property will be considered a "secured claim."  Here, it is plain that PSB Lending's claim for the repayment of its loan is an unsecured claim, because its deed of trust is junior to the first deed of trust, and the value of the loan secured by the first deed of trust is greater than the value of the house.

Since FIRST TENNESSEE BANK Trust Deed is wholly unsecured (in that there is no equity above the first mortgage in the Property), this Court should reclassify FIRST TENNESSEE BANK second mortgage claims to a general unsecured claim to be receive pro rata with like unsecured creditors. FIRST TENNESSEE BANK should also be stripped of its secured rights under State law and the recorded Second Trust Deed should be expunged from the county records to give effect to this Court's order.

Moreover, Debtor may bring a motion to "strip off" FIRST TENNESSEE BANK Second Trust Deed are not required to file an adversary proceeding. *See In re Williams,* 166 B.R. 615 (Bankr.E.D.Va.1994), *In re Fuller,* 255 B.R. 300 (Bankr.W.D.Mich.2000), *In re Hoskins,* 262 B.R. 693 (Bankr.E.D.Mich.2001), *In re King,* 290 B.R. 641 (Bankr.C.D.Ill.2003), *In re Millspaugh,* 302 B.R. 90 (Bankr.D.Idaho 2003), *Dickey v. Ben. Fin. (In re Dickey)* 293 B.R. 360 (Bankr.M.D.Pa.2003), *In re Hill,* 304 B.R. 800 (Bankr.S.D.Ohio 2003); *In re Sadala* 294 B.R. 180 (Bankr.M.D.Fla.2003), *In re Fisher,* 289 B.R. 544 (Bankr.W.D.N.Y.2003), *In re Robert, 313 B.R. 545 (Bankr.N.D.N.Y.2004), In re Bennett,* 312 B.R. 843 (Bankr.W.D.Ky.2004).

WHEREFORE, Debtor prays that this Court:

1.      Find that FIRST TENNESSEE BANK is not a holder of a lien on the Property with respect to the Second Trust Deed or Third Trust Deed.

2.      Immediately avoid, "Strip off", extinguish and expunge from the County Recorder FIRST TENNESSEE BANK wholly unsecured Second Trust Deed from the Property pursuant to 11 U.S.C. Section 506(a);

1         3.         Reclassify FIRST TENNESSEE BANK claim as a general unsecured claim to be

2 paid pro rata with other general unsecured creditors through the Debtor's chapter 13 plan;

3         4.         Such other relief the Court finds appropriate.

4         Dated: April 22, 2010

5

6                               /s/ Jeremy Mondejar, Esq.

                                JEREMY MONDEJAR, ESQ.

7                                 Attorney for Debtor(s

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A



US    Nevada    Enterprise    Neighborhood                    Views: 15

Value Range: $289K – $411K

Monthly payment:

## $1,761
Check your 2010 Credit Score

| Property type: | Single Family |
|---|---|
| Bedrooms: | 5 |
| Bathrooms: | 3 |
| Sqft: | 2,355 |
| Lot size: | 6,098 sq ft / 0.14 acres |
| Year built: | 2002 |
| Parking type: | -- |
| Cooling system: | -- |
| Heating system: | -- |
| Fireplace: | Yes |
| Last sold: | November 04 2002 |
| MLS number: | |

**Description**
This 2355 square foot single family home has 5 bedrooms and 3.0 bathrooms. It is located at 5841 Ivy Vine Ct Las Vegas, Nevada. This home is in the Clark School District. The nearest schools are Frias, Charles and Phyllis Elementary School, Charles Silvestri Junior High School and Liberty High School.

Show all

Post for sale/rent
  Post for sale
  Post for rent
  Set a Make Me Move price
Save
  Save as favorite
**Notes (private & optional)**

Share
  E-mail to a friend
  Share on Facebook
Alerts
  Get price/status updates
  Get home value report
  Get new listings
Edit
  Edit home facts
  Edit home description
  Add/edit photos
  Claim your home
Map

**Charts and Data**

| | Value | Range | 30-day change | Last updated |
|---|---|---|---|---|
| Zestimate® | $348,500 | $289K – $411K | -$11,000 | 04/21/2010 |
| My estimate | Create estimate | | | |
| Owner Comment | Post a comment | | | |

Zestimate is : posted on
I think the Zestimate is:
◉ Too Low
◯ About Right
◯ Too High
**My opinion (note that this comment will be public)**

**Show**
◉ **Zestimate ($)**
◯ **Listing price**
◯ **Tax assessment**
◯ **Tax paid**
◯ **Page views**
**Time period**
◯ **1 month**
◯ **1 year**
◉ **5 years**
◯ **10 years**
  Compare 89141 to nearby areas

**Price History**

| Date | Description | Price | % Chg | Source | |
|------|-------------|-------|-------|--------|--|
| 11/04/2002 | Sold | $268,950 | -- | Public Record | |

**Maps and Views**

**Show**
☑ **Zestimates**
☐ **Schools**
☐ **Grocery Stores**
☐ **Coffee and Bakery**
☐ **Parks**
☐ **Restaurants**
☐ **Gas Stations**
  **Walk Score™**
22 – Car-Dependent
**Drive time**

Enter address...
Distance: --

View home on larger map
Local amenities provided by Google

| Financing |
| --- |

**Monthly Payment**

**Purchase price**

$348,500

**Down Payment**

$69,700    20%

☐

**Estimate taxes & ins.**

| Program | Current Rate | Payment |
| --- | --- | --- |
| 30 Year Fixed | 4.94% Avg. | $1,486 /month |
| 15 Year Fixed | 4.31% Avg. | $2,106 /month |
| 5/1 ARM | 3.64% Avg. | $1,274 /month |

**Shop around & save money**
**Save $15,480**
Lowering rate .25% you save $43/mo
Higher Rate: 5.19%
Avg Rate on Zillow: 4.94%
Savings: $15,480
$550,440
$534,960

ING DIRECT Mortgages: EZ online app
bing

© 2010 Microsoft Corporation   © 2010 NAVTEQ   © AND